

# NUMBER 13-13-00441-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE ALEX GORSKY**

**On Petition for Writ of Mandamus.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Perkes
Per Curiam Memorandum Opinion[1]**

On August 9, 2013, relator, Alex Gorsky, filed a petition for writ of mandamus seeking to compel the trial court to issue a ruling on relator's special appearance and to stay the commencement of trial pending that ruling. That same day, the Court granted the stay and requested that the real party in interest, Sheena Elmore, individually and as next friend of A.E., a minor, file a response to the petition for writ of mandamus. Relator has now filed a "Motion to Lift Stay and Dismiss as Moot." According to the

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

motion, on August 12, 2013 the following events occurred: (1) the trial court issued an order denying relator's special appearance; (2) relator filed a notice of appeal regarding the trial court's denial of his special appearance and a notice of automatic stay pursuant to Texas Civil Practice and Remedies Code section 51.014(b), *see* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(b) (West Supp. 2011); (3) the real parties in interest nonsuited all claims against relator; and (4) the trial court signed an order granting the real parties' nonsuit and dismissing all claims against relator. Based on the foregoing, relator requests that this Court lift the stay previously imposed and dismiss this case on grounds it has been rendered moot.

The Court, having examined and fully considered the motion to lift stay and dismiss as moot, is of the opinion it should be granted. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings, including the appeal."); *State Bar of Texas v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought). Accordingly, the motion to lift stay and dismiss as moot is GRANTED. The stay previously imposed by this Court is LIFTED. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The petition for writ of mandamus is DISMISSED as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
13th day of August, 2013.